**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Timothy Lee, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  - against -<br><br>The Kingsford Products Company, LLC,<br><br>        Defendant | No. 7:21-cv-00924-KMK<br><br>**NOTICE OF APPEARANCE** |

  PLEASE TAKE NOTICE that TEENA-ANN V. SANKOORIKAL, an attorney admitted to practice before this Court, hereby appears as counsel on behalf of The Kingsford Products Company, LLC, in this case and respectfully requests that all pleadings, notices, orders, correspondence and other papers be served upon him at the following address:

    Teena-Ann V. Sankoorikal
    COVINGTON & BURLING LLP
    The New York Times Building
    620 Eighth Avenue
    New York, New York 10018-1405
    Telephone: (212) 841-1162
    Email: TSankoorikal@cov.com

| | |
|---|---|
| Dated: New York, New York<br>August 2, 2021 | Respectfully submitted,<br><br>COVINGTON & BURLING LLP<br><br>/s/ *Teena-Ann V. Sankoorikal*<br>Teena-Ann V. Sankoorikal<br>(Bar Admission No. 3029527)<br><br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018-1405<br>Telephone: (212) 841-1162<br>TSankoorikal@cov.com<br><br>*Counsel for Defendant The Kingsford Products Company, LLC.* |